AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2026

SEAN F. MCAVOY, CLERK

LOURENCE D.
*Plaintiff*
v.
FRANK BISIGNANO,
Acting Commissioner of Social Security
*Defendant*

Civil Action No. 2:25-CV-0364-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________________ recover costs from the plaintiff *(name)* ______________________ .

☑ other: Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 21) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $9,718.10 for attorney's fees and costs.

This action was *(check one)*:

❒ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______________________ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 8/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*